IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

|  |  |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | CIVIL ACTION ) ) FILE NO. 4:09-cv-00113-CDL |
| ERIC BARKWELL, | ) ) ) |
| Defendant. | ) ) |
| ERIC BARKWELL, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Counterclaimant, | ) ) ) |
| v. | ) ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, MBNA AMERICA BANK, N.A., and NATIONAL ARBITRATION FORUM, INC., | ) ) ) ) ) ) |
| Counterdefendants. | ) ) |

**NOTICE OF SETTLEMENT BETWEEN COUNTERCLAIMANT AND
COUNTERDEFENDANTS MBNA AMERICA BANK, N.A.
AND NATIONAL ARBITRATION FORUM, INC.**

Counterclaimant Eric Barkwell ("Mr. Barkwell") hereby notifies the Court that he has reached an agreement in principle to settle his counterclaims against Counterdefendants MBNA America Bank, N.A. ("MBNA") and National Arbitration Forum, Inc. ("NAF").[1] In light of this agreement in principle, the settling parties agree that Mr. Barkwell need not submit his Reply

---

[1] Mr. Barkwell's counterclaims against Plaintiff and Counterdefendant Portfolio Recovery Associates, LLC will continue.

Briefs to NAF and MBNA's Oppositions to the Motion for Remand (Dkt. Nos. 31 and 35) by the respective deadlines of December 4 and 7, 2009.

Counsel for Mr. Barkwell, NAF, and MBNA anticipate that a formal settlement agreement will be executed promptly and that a joint motion to dismiss NAF and MBNA from this action will soon be filed.

DATED this 4th day of December, 2009.

Respectfully submitted,

BY: WEBB, KLASE & LEMOND, LLC

/s/ E. Adam Webb
E. Adam Webb
  Georgia State Bar No. 743910
Matthew C. Klase
  Georgia State Bar No. 141903

1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
(770) 444-0773
(770) 444-0271 (fax)
Adam@WebbLLC.com
Matt@WebbLLC.com

Attorneys for Plaintiff
Eric Barkwell and the Proposed Class

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2009, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a notice to the counsel of record listed below:

Thomas F. Gristina, Esq.
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor
Columbus, GA 31901

J. Thomas Vitt, Esq
Dorsey & Whitney LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498

Meredith H. Ragains, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2600 One Atlanta Plaza
950 E. Paces Ferry Road, NE
Atlanta, GA 30326

Nancy Baughan, Esq.
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA 30303

Zulema Laurent Greene, Esq.
Portfolio Recovery Associates, LLC
PO Box 612
Red Oak, GA 30272

Jeremy D. Feinstein, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222

DATED this 4th day of December, 2009.

/s/ E. Adam Webb
E. Adam Webb, Esq.